IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARMELO RIVERA,
    Petitioner

v.

SUPERINTENDENT OF SCI
HUNTINGDON, *et al.*,
    Respondents

Civil No. 3:15-cv-1636

(Judge Mariani)

## ORDER

**AND NOW,** this 26th day of August, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above-captioned case to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court is further directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge